UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                    Case No. 8:21-cr-218-CEH-AAS

DARRIN TERRANOVA
DAVID HOWELL

CLERK'S MINUTES
Proceeding: Arraignment and Detention Hearing
Courtroom 10A

| | |
|---|---|
| Judge: Anthony E. Porcelli, U.S. Magistrate Judge | Date: July 16, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 2:29 p.m. |
| USPO: Amy Jackson | Recess: 2:34 p.m. |
| Court Reporter: Digital | Total Time: 5 min |
| Interpreter: n/a | |

Counsel for USA: Natalie Adams, AUSA
Counsel for Defendant Terranova: Matthew Farmer, CJA
Counsel for Defendant Howell: Ray Lopez, CJA

Court calls case and counsel enters appearances.

Court was going to fashion conditions of release for Defendant Terranova, but defendant has a warrant in state court. Defense counsel will try to get the matter handled by dismissal or zoom. Court will revisit the matter after the warrants are delt with and withdraws conditions of release.

Defendant Howell reserves on the issue of detention. Defendant detained pending trial. Defendant may revisit the matter of bond if circumstances warrant.

Defendant Howell waives formal reading of the Indictment, enters plea of not guilty and requests to participate in discovery. Government requests reciprocal discovery.

Trial set for September trial term commencing on September 7, 2021. Status conference set for August 17, 2021 at 9:30 a.m. before Judge Honeywell. Judge Sansone to enter in pretrial order.

Recess.